No. 13-5317

# In the United States Court of Appeals for the District of Columbia Circuit

IN RE TOM G. PALMER, AMY MCVEY, EDWARD RAYMOND,
GEORGE LYON, AND SECOND AMENDMENT FOUNDATION, INC.,

Petitioners.

On Petition for a Writ of Mandamus to the
United States District Court for the District of Columbia

To the Honorable Court:

On July 26, 2014, the court below decided the pending motions that were the subject of this petition. Accordingly, Petitioners move to dismiss the petition as moot.

Dated: July 27, 2014        Respectfully submitted,

                                        Alan Gura
                                        GURA & POSSESSKY, PLLC
                                        105 Oronoco Street, Suite 305
                                        Alexandria, VA 22314
                                        703.835.9085/703.997.7665

                             By:   /s/ Alan Gura
                                          Alan Gura
                                          *Counsel for Petitioners*

# CERTIFICATE OF SERVICE

I certify that on this 27th day of July, 2014, I served opposing counsel by filing this document via CM/ECF.

I also served the trial court via United States Mail, first class postage, addressed to:

The Hon. Frederick J. Scullin, Jr.
United States District Court
333 Constitution Avenue, N.W.
Washington, DC 20001

I declare under penalty of perjury that the foregoing is true and correct.

Executed this the 27th day of July, 2014.

                                         /s/ Alan Gura

                                         Alan Gura
                                         Counsel for Petitioners